PROB 35
(Rev. 4/81)

**Report and Order Terminating Probation/**
**Supervised Release Prior to Original Expiration Date**

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.    01-00605-001

DONALD VAILLANCOURT

On November 5, 2004, the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer
James L. Winkler

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___22d___ day of ___March___, 2006.

FAITH S. HOCHBERG
United States District Judge